There are damage to the house, preserved tombs, and other objects in this park. Over 90% of the concrete that is used here is built with alternative styles, which is required to mitigate the environmental impact of the statement of the crisis. This was before the 1940s. This was during the 1969 user-created problems, and then in the 1860s when this project was created, the problem is that only 0.4 of those projects were actually situated in meaningful alternatives to the crisis. Specifically, less than 2% of the potentially ill alternatives received the required meaningful environmental impact statement alternatives to the crisis. This court has decided, when the court is in effect, to suspend the use of alternatives. I'm sorry, it's already been done. It should be, it should be, it should be, it should be, it should be, it should be, it should be suspended. So, it's going to be a process of how the state environment can be enhanced to allow a user-created crisis forest that can be used for other considerations.  It must be addressed by the foresters in the institutions in which the system is used. Increase the range that you have authorized for use. Is that part of it? Yes, it is part of it. So, that's going to be involved in the process. So, if you can improve roads, the paved roads or authorized roads, that's approved. Look, there are roads in this international crisis. It's really people. Some are walking. Some are not walking. So, it's deciding what it's going to do next. It's not an authorization process. It's not a system. It's a process. I'm trying to remember. People who chose to choose their own foresters, the people who wanted to have a transitional forest, specifically to choose a transitional forest with the job of determining how many of those user-created roads are used to authorize roads. They're going to be looking for people who have been authorized to do that. There are two ways to go about it. One is a road that's not authorized. It's a situation. It's an unauthorized road. And if the folks who authorize the road are considered an unauthorized road, it's not an unauthorized road. It's not an unauthorized road. So, we need to look at the circumstances before the agency. The circumstances before the agency was assuming the existence of a transitional forest, roughly 200 miles of unauthorized roads. Assuming the existence of those unauthorized roads, over the next 800 miles of unauthorized roads, how many of those would continue to be allowed to be used? Because they're connected to these unauthorized roads. And the question is, do the foresters have a single range of access for the unauthorized roads? And the answer can be found in the code. So, in part of the policy, the agency created a company to oversee all federal implementation of the action throughout all the federal agencies. Those guidelines address specifically what constitutes the additional range of access. All those guidelines will be addresses very much what the case is about. A lot will be states that where the forest service is tasked with counting how much additional forest should be going to wilderness area. And the forest service will review the full spectrum of alternatives from zero percent to forest. The government will review the state of all the land that can be used. And the forest will review the alternatives. And that's the full spectrum. All the alternatives will be counted. And the government will review those specific incremental steps, stating that it's zero percent to forest. And the government should have an established criteria that people pass here, saying that that will still be allowed to be used. I'm not aware of the National Forest Service. I think it's suggested that the National Forest Service somehow was required to review the alternatives, stating that it will not be used in the case of forest. No. It's just that it requires a reasonable range of alternatives. And then the CDC, in some ways, may have been told that it's not going to be used for the alternatives that people are trying to see for being consensual. There were a number of ways that the CDC, and you'll find there are a number of ways that it could have been said that it was not going to be used. This is what all of us have said about alternatives. It is reasonable to not use it to reduce the year's market, but it's under the CDC guidelines. They provide that from zero percent to forest, that is, in two years, to one percent to forest, and it has very significant interstitial variations. Two percent, 30 percent, 50 percent, 70 percent, 90 percent, 100 to 100. So the CDC says to use several alternatives. Should we consider an extra reasonable range? Should we consider one percent, two percent, three percent? No. There's interstitial variations between zero percent and one percent. With one percent, we focus on one percent, and we don't do it at all. So here, from 10.5 to 10 percent. And that 10 percent was 80.4 miles, almost 860 miles to the south of the state, and it came to the conclusion that if you use several alternatives, then 10 percent would be a reasonable two percent reduction than a 30 percent reduction. Who are those other alternatives? And they provide that. The other alternative that the CDC was looking at was they looked at 80.4 miles in sorts of basic zones, 80.4 miles, and all of those ones in seven different combinations. So, for instance, alternative two, there was 60 of the 80.4 miles alternative three, there was zero of those ones, 204, 26 of those ones, so on and so forth. And again, you could be a curious and choose for yourself. So with these other 61 miles, how effective is your idea? Is it an issue that they offer something to do in their states that is not being used or that's not being used or created? I think so. First of all, I don't understand why. I don't understand why. I'm sorry. I'm sorry. I'm sorry. I understand. I thought it would be required based on what groups was an issue. In the initial six weeks after the divorces, if there was a hearing, if there was a hearing based on your friend's employment here on the council, for instance, looking at the amendments for unauthorized motor use in force that they're creating in the states. And so they looked at everything. They decided that they needed to look at your centers, I don't understand why it is such a scary number to stand in a group that's never been in a hearing before. What was arbitrary and gracious about what happened in the hearing? In your list, just in your understanding of that, that's what you're trying to do. So, the issue that we're discussing now is whether or not our service is the thing you're supposed to be for your marriage. If you consider any alternative, be it on the age of 24 or minus, they took the age of 24 or minus, and they split that up into alternatives of two or seven. If what they should have done is taken the age of 24 or minus and said, okay, as the CG requirements require, let's say we have all groups ready to serve, the cost for the new centers, what about 60% of those groups? What about 30% of those groups? What about 50% of those groups? What about 100% of those groups? What's the value of the CG requirements? What is the value of the CG requirements in each of those classes? So, the question is, and I'm going to ask you to react by answering either two. If what your results say is that you are a housewife, the answer to this is yes, it's a two. If what you have is your adverse environmental impacts, well, this is really part of the problem. It is, of course, is that it's truly this issue of non-fiction. So, a lot of new information is not subject to authorities, but they do generate. For example, the 1788 domain papers, even though these are groups that have been published in the past, I saw one of the concierge papers, and there was a sentence in the papers stating, we would like you to consider all the 860-pager models for inclusion in the draft of the measure plan. You look at the alternatives, and there are a whole entire range of those models. So, those models, all 860-pager models, of course, those groups out there, and there's a lot of this. You are, I don't know, I can't answer the question. I think the answer may or may not be true. I can't answer it. There was, and it seems like you're not actually allowed to, for days, have your briefs, with the measure plan. In terms of the problem, the thing that you would notice, I think, is that there's a lot of hyper-problems in terms of inclusion. And again, there's a response that's really very restrictive, and it's indicative of, in many ways, an issue that you can, of course, there's interest in addressing, and so, you have to take into account your environment, issues, and things, and so forth. To the watersheds, to the parks, to the wildlife, and all that. You said that you share that. So, can you just give us an example? No, I can't speak with none of those groups. Or, yes, they actually look over an inch or so, a whole mile or so. And, of course, it's a whole mile. It's a record. So, it has to be. So, I'm glad you got time to take some time off, because you're going to be using very versatile information, and a lot of the research in this book is geared toward two specific reasons. Number one, when the A-69 models were recommended by the public, the response of the agency was, well, it would be administratively inconvenient to conduct, and it would be unnecessary to review alternatives involving all A-69 models, as in this chart, 341 to 345. The second reason, but more so, is that in the Museum of the History of the United States, over 456 individual photographs were severely damaged, and therefore alternatives to the process on the ground, if they were not specifically recommended by the public. The problem is, obviously, that's not really an answer, because, as I've said, the current coalition recommended that all A-69 models be censored. And moreover, the material users of those photographs, in combination, of course, specifically nominated many, many individual response initiatives, to which they were known to be the users. So, for example, the mobile phone train, the papercloth train, the toilet train, and all of those, of course, services. So, those are the A-69 models. Third of course, the A-70, the A-90, and also, in regards to the presentations. So, each trail segment, so they called one trail segment, A-70-7-70-Q, or, some of those trail segments were less than one unit of one model. And then they proposed sponsors of those trail segments, using that to help them in their designation, they were unknown to the actual users of the tracks, and they used them as the design of the tracks. And, so, the A-70, the A-70-9, the A-70-10, which are sending out the new tracks, which are more, in terms of the A-60, the A-60-9, and also, the A-70, A-70-10, the A-70-10-7, which are the top two, which are the A-70-10, A-70-10-7, and A-70-10-9. For example, the trail, what we call a trail sponsor is, whether it deserves, or not, provides, or actually prefers this, to be the rare, you know, A-70 sample, or not A-70. So, again, it's a little bit naive, you're saying. But, it's always looking at, you know, the accuracy. Correct. That's it. That's your, that's your view, right? So, you're saying, this particular environment, is being destroyed, in, in, in a, in a storm. In a forest. In a mountain. Or they, in a forest. So, they want to get the data, and see which of those people, are destroying the environment. And, they want to be able to, remember,  the destruction of the environment. That's absolutely correct. Correct. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. When you are, reading the court, you need to certainly, have the time for some thought, the intent, of reporting your experience. The first point, is really important, for you to understand, is that the purpose of the LAURA tactic, wants to implement, a two thousand five angle medium of control, which basically requires, the agency to, close, all, cross country travel, on designated roads. So what it started to do, was first of all, it focused on designated roads, and then realized, that you can talk to people at the school, after you take a tour, only allowing, motorized use, on the designated roads, would not allow, active recreational opportunities, because they're not going to have access, to your source of camping, or your camps. You know, the lakeshore, were not accessible, on a designated road, and then, a lot of times, in the reporting, this agency, will just, give the agency, some assortment, and that's why, the, the LATAE was, wasn't, an easy way, to get, the details, as the other, LATAE participants. Sure, so, obviously, there are a couple reasons. The first reason, was that, so first of all, let me just say, Forest Service, did a whole, memo, on roads, when they were, on off-ramp roads, when it was developing, off-ramp roads, we, set up off-ramp roads, and analyzed the details, and Forest Service, developed those off-ramp roads, over a month, several year, public process, where, to take into account, the impact, of motorized use of roads, and the reason, I did not do, analyze, the addition, of the details, the addition of, any more than, 8.4 miles of roads, were, as it's like, in an average encounter, five or four encounters, that were just, in those roads, the inclusion of additional roads, one, were to let down, two, were not needed to access, more recreational areas, they went nowhere, three, would result, in unacceptable, environmental impacts, to things like wildlife, habitat, watershed, soils, so, those were the reasons, that we decided, not to evaluate, the inclusion, of additional roads, in detail, in more detail, so I just wanted to add, that, it's not about the miles, of the roads, it's about, where the roads are located, what's there to access, more access, and, what are some of the roads, that you had to get in here, that, were at least, because of the perspective, on public health, as well, that were considered, the materials, right, allowed, more access, to all the different, types of, state, to state transportation, and, what was your response, to your, reports, or anything like that, so, this is your, third presentation, do you wanna call it, that line, correct, on the 18%, of, use of, radio, and spoken speech, and telemedia, is, there are, approximately, about, 90%, people are doing, of course, the folks, that use these, are great, drivers, other drivers, ATVs, motorbikes, or whatever, it's only, just for, assistance, for, people. So, the Forest Service, talked with, a few agents, a few years ago, in January, and they are, very, very sensitive, and what the Forest Service, decided, before, concluding, with that, is, to speculate, and to determine, whether, allowing motor, ATVs, on the designated roads, only, would, actually, cause, OHV users, to go to, water, forums, because, water, not, a particular, OHV user, would continue, using a toggle, or move, would get, a subjective experience, of being overcrowded, and, and, that it's only possible, that all the same, OHV users, will continue, to use, the same roads, and the toggle, and, and keep in mind, that all of the Forests, were able to use, the same toggle, at the same time. So, we would be able to use,  and ATVs, at the same roads, and, all the ATVs, will actually travel, at the same time, that the toggle, was made, to our, ATVs, will be guided, by the covered forest, which, the, OHV users, could, personally, access, to the covered forest, as well. So, what is your, intention, to say, that's impossible? No, I don't think, that's my, answer. I, I think that, it is impossible. No, so, I, I, my first answer is, those that are not, a motorized user, would continue to use, the toggle, on the designated road, or, go to the different forests, especially, and, this report, tells, that, NEPA does not require, the ATVs, to get practical, um, in order to show, these reports, also that, NEPA does not require, ATVs, to evaluate, the ATVs, that we can have, on speculative, or on, subjective, psychological, impacts on people. Um, so, that's my first answer, and my second answer is, the Forest Service, is looking, at those for all, and not, just on the toggle, the other forests, are looking, at those, are not, road, road users, in their forests. Um, I would also like, to point out, that, all of the specific, roads, the point is, to identify, in their context, and, um, uh, in particular, the Downsville Trail, was brought up today, and the old, Old Valley Trail, those were addressed, by the Forest Service. So, when, the public, addressed dirt roads, and brought up dirt roads, the Forest Service, addressed them, and the Downsville Trail, was closed, in the past, in the past year, or seven or six, and the Forest Service, established, a new grade, that's now, being stabilized, and had been previously, decommissioned. The old, Old Valley Trail, was not considered, and is no longer, a part of the forest, to be housed in them, and it had been, previously, closed, and it had been, decommissioned, and that is often, accepted, and there is no, no significance to it. Um, so, the forest, didn't, completely disregard, any from the public, and in fact, you will get, there are six, there are six, variations, of, um, forms, analyzing, all the roads, in 2013, included, in detail, under the regulatory, regulatory criteria, that would allow, the forest, to sustain, this trail. Uh, currently, a closed trail, which is found, um, which is found, at, uh, 50K, 450, 250 feet, none of those, uh, there's a detailed, flashing, recommendation, for execution, in the alternative, development, for the public, but the forest, has evaluated, those roads, in more detail, and the forest, was looking at, all of the road systems, um, found that, those unauthorized roads, were, an important part, of the, trail system, that should have, been used, in the future. Thank you. Thank you. Thank you. Thank you. Thank you.    keen attention, on the roads, but the, police requested interest, in evaluating, whether or not, the could have, that road, in the detonated, system, which the public, may be in charge, of the problem. No, just any comment, that may, come by, in a specific road, was, um, was, most important, for, me, and our team, to secure, the public, their, input, the comments, that are being, submitted, to us, um, with, as you can imagine, we're just in response, to the comments, and every comment, that was, filed, uh, was designed, as a presentation, to bring to your side, where it was, responded to, as important, as possible, questions, related, to, um, members, of the public, who are part, of this, like, just, um, we're still, pursuing. I'm sure, I'm sure, you guys, talked about that, a little bit today, but I think, these kinds of decisions, are, extremely controversial, the public, on both sides, hears, about, more about, rights, access, and what the limits, for rights, access, because these rights, access, are, consistent, with, very, um, other, uses, of the forest, environmental, natural resources, uses, and also, other recreational uses, of the forest, such as fishing, um, forestry, wildlife, and the, environmental groups, um, various environmental groups, participated, in the forest service, um, in an extremely, intensive process, um, before the rule, um, was, um, announced, in 2005, the Forest Service, started, um, inventorying, the roads, that they had, and, the 2005 rule, was very clear, and, notified, the public, that it was going to, the rule, first of all, was going to close, off, country travel, and so, shortly after, the 2005 rule, was issued, the forest, um, to about 20, members of the public, we know, but to all members of the public, I'm sorry, to about 20 members of the public, um, to try and figure out, what the different choices, will be, in terms of, um, building the various, alternatives, will be, um, the forest said, issued, an international, current, environmental statement, and, issued a decision, at the end of the rule, and then in 2007, I believe the forest, held a, this, um, and then, um, a working, workshop, spread out over several months, in different locations, where there were, some of the, people that could, show up and, and, just talk about, alternatives, and then there were, multiple comment,  out of the draft, advances, issued, there was 3,500, comments, from the forest, received and considered, and again, once the forest, realized that they needed, to do more, analysis, the forest issued, a supplemental, draft, environmental, amendment, amendment, and then, the forest, received more than, 7,000, comments, from the forest, and so, they did an extremely, thorough, um, precipitation, and precipitation, process, and motorized, these are groups, that we should all, engage in a decision, environmental groups, that we should all, engage in a decision, and the agency, actually, chose the, um, most environmentally, preferred alternative, here, which was alternative 4, basically, did not provide enough, recreation opportunities, for motorized users, so, what the forest was doing, here, was striking out, um, between, motorized users, and, other users, in the forest, and striking, right down, all of the, difficult, things to do, but here, the forest engaged, in a very robust, process, and the record, for the algae, as of this year, is a quite, a fair, broad question,   a,
judges: Hawkins, Murguia, Breyer